STATE OF NEW JERSEY v. DARRELL LAMAR MOSLEY.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LACY LEE WILLIAMS.

October 24, 1983.

Petition for certification denied.

GENERAL ACCIDENT GROUP OF INSURANCE CO. v. LIBERTY MUTUAL INSURANCE CO.

October 24, 1983.

Petition for certification denied.

TOWNSHIP OF EAGLESWOOD v. WESLEY K. BELL.

October 24, 1983.

Petition for certification denied.